JUDGE PATTERSON    ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :    **13 CRIM 903**

         - v. -                                        :    <u>INDICTMENT</u>

CHARLES FAMILETTI, JR.,                 :    13 Cr.

         Defendant.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 15 2013

<u>COUNT ONE</u>

(Attempted Sex Trafficking of a Minor)

The Grand Jury charges:

1.  From in or about June 2013, up to and including July 15, 2013, in the Southern District of New York and elsewhere, CHARLES FAMILETTI, JR., the defendant, in and affecting interstate commerce, knowingly did attempt to recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, knowing and in reckless disregard of the fact that the person had not yet attained the age of 14 years and that the person would be caused to engage in a commercial sex act, to wit, FAMILETTI agreed to pay an FBI agent working in an undercover capacity $500 to provide FAMILETTI with an 11 year-old boy with whom FAMILETTI could engage in commercial sex acts, met with the undercover agent, and provided the undercover agent with $100 as a down payment.

(Title 18, United States Code, Sections 1591(a)(1) & (b)(1) and 1594(a).)

COUNT TWO

(Transportation and Distribution of Child Pornography)

The Grand Jury charges:

2.   On or about July 3, 2013, in the Southern District of New York and elsewhere, CHARLES FAMILETTI, JR., the defendant, knowingly did mail, and transport and ship using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, child pornography; and did knowingly receive and distribute materials that contained child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, FAMILETTI transported and distributed files containing child pornography from a computer in New York, New York, over the Internet via a file sharing program.

(Title 18, United States Code, Sections 2252A(a)(1), (2)(B).)

COUNT THREE

(Transportation and Distribution of Child Pornography)

The Grand Jury charges:

3.   From at least in or about July 2013, in the Southern District of New York and elsewhere, CHARLES FAMILETTI, JR., the

2

defendant, knowingly did mail, and transport and ship using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, child pornography; and did knowingly receive and distribute materials that contained child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, FAMILETTI transported a memory card containing child pornography into New York from another state.

(Title 18, United States Code, Sections 2252A(a)(1), (2)(B).)

## COUNT FOUR

(Possession of Child Pornography)

4.   In or about July 15, 2013, in the Southern District of New York and elsewhere, CHARLES FAMILETTI, JR., the defendant, knowingly did possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by

3

computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, FAMILETTI possessed on a memory card in New York, New York, files containing child pornography that included images of minors under 12 years of age.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney